UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN L. M. DOBSHINSKY, | No. C 06-2789 MHP (pr) |
|     Petitioner, | **ORDER** |
|   v. | |
| DAVE RUNNELS, | |
|     Respondent. | |

Petitioner's motion for reconsideration is DENIED. (Docket # 28.) The court did not err in the Order of Dismissal when it determined that the petition was time-barred.

IT IS SO ORDERED.

DATED: November 15, 2007

Marilyn Hall Patel
United States District Judge